MASSABNI BROS. & SABA *v.* UNITED STATES

**No. 5440.**—Invoice dated Osaka, Japan, November 26, 1937.
Entered at Los Angeles, Calif., December 17, 1937.
Entry No. 6762.

(Decided September 23, 1941)

*Lane & Wallace* (*William H. Fox* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the merchandise herein is in all material respects such as or similar to the rayon goods which were the subject of decision in *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006; that the appraised values of such merchandise, less any additions made

by the importers by reason of the so-called Japanese consumption tax, to meet advances made by the appraiser in similar cases, represent the prices at or about the date of exportation of such merchandise to the United States, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country of Japan in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the act of 1930, and that there was no higher foreign value for such merchandise.

On the agreed facts, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amount added by the importer by reason of the so-called Japanese consumption tax, to meet advances made by the appraiser in similar cases. Judgment will be rendered accordingly.